IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIA CONCEPCION OCAMPO LANDA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:26-CV-360-RP |
| JONATHAN ROBERT DUNSTER MANRUBIA, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Maria Concepcion Ocampo Landa's ("Petitioner") complaint which identifies the minor child by name. (Dkt. 1). The Court **ORDERS** that the complaint is **SEALED** to protect the identity of the minor child.

**IT IS FURTHER ORDERED** that Petitioner shall file, **on or before February 20, 2026,** a new version of the complaint that will not be sealed that (1) refers to the minor child by initials only and does not identify the minor child by name; and (2) redacts the minor child's social security number, if applicable. Petitioner may not otherwise modify the complaint.

**IT IS FINALLY ORDERED** that the parties in this case shall refer to the minor child by initials and not reveal their name in a public submission. If a document, such as an exhibit, contains the minor child's name, the document should be redacted before filing.

**SIGNED** on February 18, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE