IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARIA CONCEPCION OCAMPO LANDA, §
§
Plaintiff, §
§
v. § 1:26-CV-360-RP
§
JONATHAN ROBERT DUNSTER §
MANRUBIA, §
§
Defendant. §

## **ORDER**

Before the Court is Plaintiff's Motion for Nonsuit and Dismissal. (Dkt. 7). Plaintiff seeks to dismiss her claims against Defendant. (*Id.*). The Court construes Plaintiff's notice as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 23, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE